UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 18-3850 JJO



UNITED STATES OF AMERICA

v.

VINCENT SAUNDERS,
FRANKIE MILLER,
KASYAM K. SMITH,
    a/k/a "Kaysam Smith,"
JULIEN JULSAINT,
EMMANUEL CEUS, and
RICHARD SAHONERO-ROJAS,

    Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ____ Yes __X__ No

                                        Respectfully submitted,

                                        ARIANA FAJARDO ORSHAN
                                        UNITED STATES ATTORNEY

By: _____
                                        PHILIP A. JONES
                                        Special Assistant United States Attorney
                                        Court No: A5502457
                                        99 N.E. 4th Street
                                        Miami, FL 33132
                                        Tel: No. (305) 961-9136
                                        Fax No. (305) 536-4676
                                        E-mail: philip.jones@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| VINCENT SAUNDERS, | ) | Case No. 18-3850 JJO |
| FRANKIE MILLER, | ) | |
| KASYAM K. SMITH, a/k/a "Kaysam Smith," | ) | |
| JULIEN JULSAINT | ) | |
| EMMANUEL CEUS, and | ) | |
| RICHARD SAHONERO-ROJAS | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 8-9, 2018__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida, and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) | SAUNDERS and MILLER: Conspiracy to encourage and induce an alien to come to, enter, and reside in the United States. |
| Title 8, United States Code, Section 1326(a) | SMITH, JULSAINT, CEUS, and SAHONERO-ROJAS: Illegal re-entry of removed alien. |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Amrou Fudl, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/21/2018__

*Judge's signature*

City and state: __Miami, Florida__    Hon. John J. O'Sullivan, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Amrou A. Fudl, being duly sworn, depose and state as follows:

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been so employed since 2013. I am currently assigned to the Human Smuggling Group in the HSI Miami Office where I am responsible for conducting investigations regarding violations of federal laws, particularly those laws found in Titles 8, 18, 19 and 21 of the United States Code. I was previously assigned to Laredo, Texas, where I conducted investigations as the lead case agent relating to drug smuggling/trafficking, weapons violations, border violence/kidnappings, and human smuggling.

2. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officers and law enforcement support personnel. Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not include every fact known to me in connection with this investigation. I have only set forth the facts that I believe are necessary to establish probable cause that Vincent SAUNDERS and Frankie MILLER did knowingly conspire to encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I); and that Kasyam K. SMITH a/k/a "Kaysam Smith," Julien JULSAINT, Emmanuel CEUS and Richard SAHONERO-ROJAS, aliens, having been previously removed and deported from the United States, did enter and attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States, or his successor, the Secretary of Homeland Security, having expressly consented to such aliens' applying for readmission to the United States, in violation of Title 8, United States Code, Section 1326(a).

3. On or about December 8, 2018, at around 9:30 p.m., a United States Coast Guard ("USCG") cutter spotted a small vessel ("the SUSPECT VESSEL") on radar heading west toward Miami, Florida, from the direction of Bimini, Bahamas, without the required navigation lights. The cutter tracked the vessel on radar and through forward looking infrared (FLIR) until the vessel entered United States territorial sea. At around approximately 12:15 a.m. on December 9, 2018, approximately 10 nautical miles off the coast of Government Cut in Miami, Florida, a USCG small boat subsequently stopped the SUSPECT VESSEL and conducted a boarding.

4. Upon boarding the SUSPECT VESSEL, the USCG boarding team observed two males, later identified as Vincent SAUNDERS and Frankie MILLER sitting in the chairs near the steering wheel. SAUNDERS was behind the steering wheel, and MILLER was sitting next to SAUNDERS. The USCG boarding team also observed a total of seven people on the deck and six people in the cabin of SUSPECT VESSEL. The USCG boarding team spoke with the individuals onboard who stated they were not citizens of the United States, and were from various countries to include the Bahamas, Haiti, Ecuador and Bolivia. All subjects were then transferred to another USCG vessel for administrative processing before being turned over to United States Border Patrol (USBP) in Dania Beach, Florida. USBP conducted an immigration inspection and determined all subjects were undocumented aliens (UDAs) with no authorization to enter or remain in the United States lawfully and contacted HSI to take lead in the investigation.

5. Biometrics and records checks through Department of Homeland Security immigration databases revealed that the individuals on board the SUSPECT VESSEL with SAUNDERS and MILLER were aliens who did not have legal status in the United States, nor permission to enter the United States on or about December 9, 2018. Those checks also revealed

that SMITH, JULSAINT, CEUS, and SAHONERO-ROJAS, who were found onboard the suspect vessel, were aliens who had been previously deported from the United States.

6. SMITH had been previously removed and deported from the United States on two occasions, most recently on or about June 25, 2014. JULSAINT was removed and deported from the United States on or about February 11, 2008. CEUS was removed and deported from the United States on or about July 3, 2018. Finally, SAHNONERO-ROJAS was removed and deported from the United States on or about August 8, 2018.

7. Furthermore, those checks revealed that SMITH, JULSAINT, CEUS, and SAHONERO-ROJAS had not received consent from the Attorney General or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557), to apply for readmission to the United States before entering and attempting to enter the United States.

8. HSI agents then interviewed SAUNDERS after he waived his *Miranda* rights. SAUNDERS admitted he was recruited by a known human and drug smuggler ("the ORGANIZER") to transport the UDAs to the United States to pay back a drug debt in the amount of $4,000 dollars (Bahamian). SAUNDERS stated he was also paid $1,000 (Bahamian) in cash to transport the UDAs. The $1,000 (Bahamian) was found on his person when he was detained. SAUNDERS stated the ORGANIZER also placed MILLER on the boat to assist SAUNDERS in conducting the smuggling venture and to make sure SAUNDERS did not get scared and turn back to the Bahamas. SAUNDERS stated MILLER assisted SAUNDERS by helping him navigate and taking control of the steering wheel at times during the smuggling venture.

9. Agents also interviewed the UDAs on the vessel. Multiple UDAs positively identified both SAUNDERS and MILLER from photo arrays as the subjects that assisted each other in operating the SUSPECT VESSEL.

10. Based upon the foregoing, I respectfully submit that there is probable cause to believe that Vincent SAUNDERS and Frankie MILLER did knowingly conspire to encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I); and that Kasyam K. SMITH, Julien JULSAINT, Emmanuel CEUS and Richard SAHONERO-Rojas, aliens, having been previously removed and deported from the United States, did enter and attempt to enter the United States, knowingly and unlawfully, without the Attorney General of the United States, or his successor, the Secretary of Homeland Security, having expressly consented to such aliens' applying for readmission to the United States, in violation of Title 8, United States Code, Section 1326(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Amrou A. Fudl
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
this 21st day of December 2018.

Honorable John. J. O'Sullivan
United States Magistrate Judge

4