**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CR-20018-KMW**
**CASE NO. 19-MJ-02077-JG**

**UNITED STATES OF AMERICA**

vs.

**VINCENT SAUNDERS,**
**FRANKIE MILLER,**
**KASYAM K. SMITH,**
    a/k/a "Kaysam Smith,"
**JULIEN JULSAINT,**
**EMMANUEL CEUS, and**
**RICHARD SAHONERO-ROJAS,**

    **Defendants.**
_____/

**UNITED STATES OF AMERICA**

vs.

**BENJAMIN RAMON VILLA-HUAMBIU,**
**MORAN OBENSON,**
**DIEULITAITE DORMETUS, and**
**MISELIE FRANCOIS,**

    **Material Witnesses.**
_____/

## NOTICE OF DEPOSITION

The United States of America, by and through the undersigned Special Assistant United States Attorney, hereby files this Notice of Deposition to make all parties aware that the United States has scheduled the depositions of BENJAMIN RAMON VILLA-HUAMBIU and MISELIE FRANCOIS, for February 8, 2019, at 10:00 a.m. in the Grand Jury spaces of the Wilkie D. Ferguson, Jr. United States Courthouse located at 400 N. Miami Avenue, Miami, Florida 33128.

Pursuant to the Federal Rule of Criminal Procedure 15(c)(1), the Defendants have the right to be present unless they waive that right in writing. The Government will make arrangements to have the Defendants present.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By: */s/ Philip A. Jones*
    PHILIP A. JONES
    Special Assistant United States Attorney
    Court ID No.A5502457
    U.S. Attorney's Office - SDFL
    99 N.E. 4th Street, Suite 600
    Miami, FL 33132-2111
    Telephone: (305) 961-9136
    Email: Philip.Jones@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 31, 2019, I electronically filed the foregoing document with the Clerk of the Court and the counsel of record using CM/ECF.

*s/ Philip A. Jones*
PHILIP A. JONES
Special Assistant United States Attorney
